David Alexander Darcy, Esq. (CSBA # 189315)
DARCY & DEVASSY PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile
adarcy@darcydevassy.com
Attorney for Defendant Dext Capital, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE KING, et al., | Civil Case No.: 2:25-cv-6658-DOC |
| Plaintiffs, | |
| v. | |
| BTL INDUSTRIES, INC., et al., | |
| Defendants. | |

**DEFENDANT DEXT CAPITAL, LLC'S**
**NOTICE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, as interpreted in <u>Entropic Commc'ns, LLC v. DirecTV, LLC</u>, 688 F. Supp. 3d 978, 982 (C.D. Cal. 2023), Defendant DEXT CAPITAL, LLC, a Delaware limited liability company ("Dext"), certifies that Dext is a wholly owned subsidiary of Dext Intermediate Holdings, LLC.

The undersigned, counsel of record for Dext, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These

representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Dext Capital, LLC, Defendant;
2. Dext Intermediate Holdings, LLC, sole member of Dext Capital, LLC;
3. Dext Investment Holdings, LLC, sole member of Dext Intermediate Holdings, LLC;
4. Kyin Lok, an individual, member of Dext Investment Holdings, LLC;
5. SW Dext Capital Holdings, LLC, member of Dext Investment Holdings, LLC;
6. Class B members of Dext Investment Holdings, LLC include former and current employees of Dext Capital, LLC and SW Dext Capital Holdings, LLC;
7. SW Dext, LP, sole member of SW Dext Capital Holdings, LLC;
8. Sightway Fund I-A (Domestic), LP, sole economic partner of SW Dext, LP;
9. Two Sigma Private Investments Fund, LLC, sole economic partner of Sightway Fund I-A (Domestic), LP;
10. No publicly traded company or mutual fund owns any of the aforementioned entities affiliated with Dext;
11. Darcy and Devassy PC, Dext's counsel;
12. Plaintiff NICOLE KING, an individual;
13. Plaintiff COSMO CONTOUR & SPA LLC, a California limited liability company;
14. Plaintiff JENNIFER TABIZA, an individual;
15. Plaintiff JENNIFER TABIZA OPTOMETRIST, APC, a California professional corporation;
16. Defendant BTL Industries, Inc., a Delaware corporation;
17. MMP Capital, LLC, a Delaware limited liability company;
18. Defendant TIMEPAYMENT CORP., a Delaware corporation;
19. Defendant NORTH MILL CREDIT TRUST, a Delaware association; and
20. Defendant AMUR EQUIPMENT FINANCE, INC., a Nebraska corporation.

| | | |
|---|---|---|
| 1 | DATED: September 8, 2025 | DARCY & DEVASSY PC, |
| 2 | | |
| 3 | | By:  /s/ David Alexander Darcy |
| 4 | | David Alexander Darcy |
| 5 | | 444 N. Michigan Ave., Suite 3270 |
| | | Chicago, IL 60611 |
| 6 | | (312) 784-2400 |
| 7 | | (312) 784-2410 (Fax) |
| | | adarcy@darcydevassy.com |
| 8 | | Counsel for Defendant |
| 9 | | Dext Capital, LLC |